# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 5:19-cv-01004-MWF (SK) | Date | June 5, 2019 |
|---|---|---|---|
| Title | Brandon Eli Sanchez v. Kevin K. McAleenan et al. | | |

| Present: The Honorable | Steve Kim, U.S. Magistrate Judge |
|---|---|
| Cheryl Wynn | n/a |
| Deputy Clerk | Court Smart / Recorder |
| Attorneys Present for Petitioner: | Attorneys Present for Respondents: |
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER TO SHOW CAUSE**

On May 31, 2019, Petitioner Brandon Eli Sanchez filed a habeas petition under 28 U.S.C. § 2241 on behalf of his father, Eludio Amador Sanchez Lopez ("Mr. Sanchez"), who was taken into custody by Immigrations and Customs Enforcement. (Pet., ECF 1). Petitioner sought Mr. Sanchez's release from the ICE Border Patrol Station in Murrieta, California, where he was being held after his arrest. (*Id.* at 2). Alternatively, Petitioner demanded Mr. Sanchez's transfer to an ICE facility, the filing of an official notice to appear, and an immigration custody determination by an Immigration Judge. (*Id.* at 14). But as soon as the Petition was filed, Respondents transferred Mr. Sanchez to an ICE facility. (ECF 4).

For these reasons, Petitioner is ordered to show cause on or before **June 10, 2019**, why the Petition should not be dismissed as moot insofar as it seeks Mr. Sanchez's transfer to an ICE facility. *See Lindquist v. Idaho State Bd. of Corrs.*, 776 F.2d 851, 853-54 (9th Cir. 1985). He is also ordered to show cause by that deadline why the Petition should not be dismissed for lack of jurisdiction under 8 U.S.C. § 1252(g)—or other pertinent jurisdiction-stripping provisions of the Immigration and Nationality Act—insofar as it seeks judicial orders about ICE's decision how and when to initiate removal proceedings against Mr. Sanchez. *See Reno v. Am.-Arab Anti-Discrimination Comm.*, 525 U.S. 471, 482 (1999) (federal courts may not review decisions or actions of immigration agencies to "*commence* proceedings, *adjudicate* cases, or *execute* removal orders" under § 1252(g)).

Petitioner may discharge this order to show cause by filing a notice of voluntary dismissal without prejudice under Federal Rule of Civil Procedure 41(a). If Petitioner does not file a voluntary dismissal or other timely response to this order, the Court may recommend involuntary dismissal of the Petition for failure to prosecute or obey court orders. *See* Fed. R. Civ. P 41(b); L.R. 41-1. The Clerk is instructed to attach Form CV-9 (Notice of Voluntary Dismissal).

Attachment: CV-09